# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *United States Postal Service Priority Express Mail parcel bearing tracking number EJ 044 669 301 US and United States Postal Service Priority Express Mail parcel bearing tracking number EJ 082 411 835 US located at HSI, 34 Civic Center Plaza, 4th floor, Santa Ana, CA 92701* | ) ) ) ) ) ) ) ) |

Case No. 8:20-MJ-00495

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-3 and A-4*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1); 843(b) | See Attachment B |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sumyra Duy, United States Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Santa Ana, CA</u>

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

AUSA: R. Adams, x3590

<u>**AFFIDAVIT**</u>

I, Sumyra Duy, being duly sworn, declare and state as follows:

## I.  <u>INTRODUCTION</u>

1.   I am a United States Postal Inspector ("USPI") with the United States Postal Inspection Service ("USPIS"), and have been so employed since May 2012.  I am currently assigned to the Contraband Interdiction and Investigation - South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail to distribute controlled substances and/or controlled substances proceeds.

2.   I have completed a twelve-week basic law enforcement training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail.  Additionally, I have attended a 40-hour Los Angeles Police Department Peace Officer Standards and Training Certified Academy Narcotics School.  Prior to becoming a USPI, I worked as a financial investigator.  I hold a Bachelor of Arts degree from California State University, Fullerton in Sociology and a Master's of Advanced Study from University of California, Irvine in Criminology, Law and Society.  As part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the controlled substances and/or the proceeds of the sales of controlled substances.

## II. <u>**PURPOSE OF AFFIDAVIT**</u>

3.    This affidavit is made in support of a search warrant for SUBJECT PARCEL 1, SUBJECT PARCEL 2, SUBJECT PARCEL 3 and SUBJECT PARCEL 4 described below in paragraph 5 and Attachments A-1, A-2, A-3 and A-4, for the items listed in paragraph 6 and Attachment B.  The items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III.  <u>**PARCELS TO BE SEARCHED**</u>

5.    This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcels (hereinafter referred to collectively as the "SUBJECT PARCELS"):

a.    SUBJECT PARCEL 1 is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ

048 226 082 US.  SUBJECT PARCEL 1 is a brown cardboard box,
weighing 17 pounds and 8 ounces.  SUBJECT PARCEL 1 is addressed
to "Edu Zamora, 3023 S. Spaulding St., Long Beach, CA 90804".
The return address listed on SUBJECT PARCEL 1 is "Daniel Zamora,
2400 15th Ave S, Minneapolis, MN 55405".  SUBJECT PARCEL 1 was
paid with $134.75 postage and postmarked on July 22, 2020 in
Saint Paul, MN 55113.

   b. SUBJECT PARCEL 2 is a United States Postal
Service Priority Express Mail parcel bearing tracking number EJ
314 152 636 US.  SUBJECT PARCEL 2 is a brown cardboard box,
weighing 15 pounds and 8 ounces.  SUBJECT PARCEL 2 is addressed
to "Eduardo Zamora, 3023 S. Spaulding St., Long Beach, CA
90804".  The return address listed on SUBJECT PARCEL 2 is "Jose
Zamora, 1410 S. Meade St., Denver, CO 80219".  SUBJECT PARCEL 2
was paid with $123.20 postage and postmarked on July 22, 2020 in
Denver, CO 80222.

   c. SUBJECT PARCEL 3 is United States Postal Service
Priority Express Mail parcel bearing tracking number EJ 044 669
301 US.  SUBJECT PARCEL 3 is a brown cardboard box, weighing 20
pounds and 4 ounces.  SUBJECT PARCEL 3 is addressed to
"Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA 90804".
The return address listed on SUBJECT PARCEL 3 is "Alfredo
Valdez, 1223 Kalamath St., Denver, CO 80204".  SUBJECT PARCEL 3

was paid with $136.30 postage and postmarked on July 24, 2020 in
Aurora, CO 80012.

        d.    SUBJECT PARCEL 4 is a United States Postal
Service Priority Express Mail parcel bearing tracking number EJ
082 411 835 US.  SUBJECT PARCEL 4 is a brown cardboard box,
weighing 29 pounds and 7 ounces.  SUBJECT PARCEL 4 is addressed
to "Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA
90804".  The return address listed on SUBJECT PARCEL 4 is
"Carlos Valdez, 1838 Polk St. NE, Minneapolis, MN 55418, 651-
285-5135".  SUBJECT PARCEL 4 was paid with $195.55 postage and
postmarked on July 24, 2020 in Saint Paul, MN 55117.

## IV. ITEMS TO BE SEIZED

    6.    The items to be seized from the SUBJECT PARCELS
constitute fruits, instrumentalities, and evidence of violations
of Title 21, United States Code, Sections 841(a)(1) (Possession
with Intent to Distribute a Controlled Substance) and 843(b)
(Unlawful Use of a Communication Facility (including the mails)
to Facilitate the Distribution of a Controlled Substance).  The
items to be seized are identified in Attachment B and are
incorporated herein by reference.

## V.  STATEMENT OF PROBABLE CAUSE

### A.   Background

    7.    As described in detail below, the SUBJECT PARCELS are
inbound parcels to an address in Long Beach, California mailed
from Saint Paul, Minnesota and Denver and Aurora, Colorado.

The SUBJECT PARCELS are believed to contain controlled substances or the proceeds from the trafficking of controlled substances based on, among other things, a positive alert by a trained narcotics-detection canine.

8.    Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s.  Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash.  Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

9.   From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

10.  I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

11.  Based on information derived and built upon over many years, I, like other Postal Inspectors, initially look for

certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds.  These characteristics include:

      a.   The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

      b.   The article bears a handwritten label; and/or

      c.   The handwritten label on the article does not contain a business account number.

12.  Parcels found to meet these characteristics are scrutinized by Postal Inspectors through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination.  Postal Inspectors will also look for additional drug or drug proceed parcel characteristics such as:

      a.   The seams of the article are all taped or glued shut;

      b.   The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

      c.   Multiple articles are mailed by the same individual, on the same day, from different locations.

13.  Based on my training and experiences and information learned during discussions with other Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.  Initial Investigation**

14.  On July 22, 2020, Homeland Security Investigations ("HSI") Special Agent ("SA") Ed Angeo notified me of an inbound suspicious USPS parcel, SUBJECT PARCEL 1, which was destined to an address in Long Beach, California.  SA Angeo received information from Indianapolis Metropolitan Police Department Interdiction Detective/Narcotics Canine Handler Gary Hadden regarding SUBJECT PARCEL 1.

15.  On July 23, 2020, I contacted the post office located at 2727 E. Anaheim St., Long Beach, CA 90804 ("East Anaheim Station") regarding SUBJECT PARCEL 1 and requested they hold the parcel for me once it arrived.  On this same day, the post office notified me that a second USPS Priority Express Mail parcel, SUBJECT PARCEL 2, had arrived which was destined to the same address.

**C.  Investigation Regarding the SUBJECT PARCELS**

16.  On July 23, 2020, I responded to the East Anaheim Station Post Office.  I located SUBJECT PARCEL 1 and SUBJECT PARCEL 2 for review.

17.  I identified both SUBJECT PARCEL 1 and SUBJECT PARCEL 2 as meeting some of the initial suspicious characteristics described above in paragraph 11.  Specifically, the seams of SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were excessively taped, both bore a handwritten label, and did not contain a business account number.  I detained SUBJECT PARCEL 1 and SUBJECT PARCEL 2 for further investigation.

18.   On July 23, 2020, for SUBJECT PARCEL 1, I conducted a CLEAR[1] database search using the sender information on the parcel, "Daniel Zamora, 2400 15th Ave. S., Minneapolis, MN 55405".  Based on this search, it appeared this was a legitimate address; however, the name "Daniel Zamora" was not associated with the address.  I conducted a CLEAR database search of the recipient information on the parcel, "Edu Zamora, 3023 S. Spaulding St., Long Beach, CA 90804" and the name "Edu Zamora" was not associated with the address.  Based on a review of postal business records, the correct street name is "E. Spaulding", not "S. Spaulding".  I conducted a CLEAR database search with the E. Spaulding address and the name "Edu Zamora" was not associated with the address.

19.   On this same day, for SUBJECT PARCEL 2, I conducted a CLEAR database search using the sender information on the parcel, "Jose Zamora, 1410 S. Meade St., Denver, CO 80219". Based on this search, it appeared this was a legitimate address; however, the name "Jose Zamora" was not associated with the address.  I conducted a CLEAR database search of the recipient information on the parcel, "Eduardo Zamora, 3023 S. Spaulding St., Long Beach, CA 90804" and the name "Eduardo Zamora" was not associated with the address.  I conducted a CLEAR database search with the E. Spaulding address and the name "Eduardo Zamora" was not associated with the address.

---

[1] CLEAR is a public information database used by law enforcement that collects personal identifying information like names, addresses and telephone numbers.

20.  On July 25, 2020, a supervisor from the East Anaheim Station Post Office contacted me and advised two more USPS Priority Express Mail parcels, SUBJECT PARCEL 3 and SUBJECT PARCEL 4, arrived for the same address in Long Beach.  I notified the post office to hold the two parcels for further review.

21.  On July 27, 2020, HSI SA Angeo responded to the East Anaheim Station Post Office to review SUBJECT PARCEL 3 and SUBJECT PARCEL 4.  Both parcels met some of the initial suspicious characteristics described above in paragraph 11. Specifically, the seams of SUBJECT PARCEL 3 and SUBJECT PARCEL 4 were excessively taped, both bore a handwritten label, and did not contain a business account number.  HSI SA Angeo detained SUBJECT PARCEL 3 and SUBJECT 4 for further investigation.

22.  On August 3, 2020, for SUBJECT PARCEL 3, I conducted a CLEAR database search using the sender information "Alfredo Valdez, 1223 Kalamath St., Denver, CO 80204".  Based on this search, it appears the address is a legitimate address, but the name "Alfredo Valdez" was not associated with the address.  I conducted a CLEAR database search of the recipient information on the parcel, "Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA 90804" and the name "Francisco Valdez" was not associated with the address.  I conducted a CLEAR database search with the E. Spaulding address and the name "Francisco Valdez" was not associated with the address.

23.  On this same day, for SUBJECT PARCEL 4, I conducted a CLEAR database search using the sender information on the

parcel, "Carlos Valdez, 1838 Polk St. NE, Minneapolis, MN 55418, 651-285-5135".  Based on this search, it appeared this was a legitimate address; however, the name "Carlos Valdez" was not associated with the address.  I also conducted a search of the phone number 651-285-5135 and the name "Carlos Valdez" was not associated to the phone number.  I conducted a CLEAR database search of the recipient information on the parcel, "Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA 90804" and the name "Francisco Valdez" was not associated with the address.  I conducted a CLEAR database search with the E. Spaulding address and the name "Francisco Valdez" was not associated with the address.

**D.    Positive Canine Alert on the SUBJECT PARCELS**

24.  On July 23, 2020, La Habra Police Department K-9 Officer T. Nelson and his narcotics-detection canine, "Rita", conducted an exterior examination of SUBJECT PARCEL 1 and SUBJECT PARCEL 2.  Officer Nelson informed me that Rita gave a positive alert to SUBJECT PARCEL 1 and SUBJECT PARCEL 2, indicating the presence of controlled substances or other items that emitted the odor of controlled substances, in the SUBJECT PARCELS.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, are documents setting forth information provided by Officer Nelson regarding Rita's training and history in detecting controlled substances, and investigation of SUBJECT PARCEL 1 and SUBJECT PARCEL 2.

25.  On July 27, 2020, La Habra Police Department K-9 Officer T. Nelson and his narcotics-detection canine, "Rita",

conducted an exterior examination of SUBJECT PARCEL 3 and
SUBJECT PARCEL 4.  Officer Nelson informed HSI SA Angeo that
Rita gave a positive alert to SUBJECT PARCEL 3 and SUBJECT
PARCEL 4, indicating the presence of controlled substances or
other items that emitted the odor of controlled substances, in
the SUBJECT PARCELS.  Attached hereto as Exhibit 2, which I
incorporate fully herein by reference, are documents setting
forth information provided by Officer Nelson regarding Rita's
training and history in detecting controlled substances, and
investigation of SUBJECT PARCEL 3 and SUBJECT PARCEL 4.

26.  SUBJECT PARCEL 1 and SUBJECT PARCEL 2 are both
currently secured at the USPIS office located at 615 North Bush
Street, Santa Ana, California pending a search of its contents
pursuant to obtaining a search warrant.

27.  SUBJECT PARCEL 3 and SUBJECT PARCEL 4 are both
currently secured at the HSI office located at 34 Civic Center
Plaza, 4th Floor, Santa Ana, California pending a search of its
contents pursuant to obtaining a search warrant.

## VI. <u>CONCLUSION</u>

28.   Based on the above, I believe there is probable cause to believe that the SUBJECT PARCELS, described in Attachment A, contain evidence, fruits and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance), as described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _____ day of
August, 2020.


_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

## <u>ATTACHMENT A-1</u>

<u>PARCEL TO BE SEARCHED</u>

SUBJECT PARCEL 1 is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ 048 226 082 US, which is a brown cardboard box, weighing 17 pounds and 8 ounces. SUBJECT PARCEL 1 is addressed to "Edu Zamora, 3023 S. Spaulding St., Long Beach, CA 90804". The return address listed on SUBJECT PARCEL 1 is "Daniel Zamora, 2400 15th Ave S, Minneapolis, MN 55405". SUBJECT PARCEL 1 was paid with $134.75 postage and postmarked on July 22, 2020 in Saint Paul, MN 55113.

**ATTACHMENT A-2**

PARCEL TO BE SEARCHED

SUBJECT PARCEL 2 is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ 314 152 636 US, which is a brown cardboard box, weighing 15 pounds and 8 ounces. SUBJECT PARCEL 2 is addressed to "Eduardo Zamora, 3023 S. Spaulding St., Long Beach, CA 90804".  The return address listed on SUBJECT PARCEL 2 is "Jose Zamora, 1410 S. Meade St., Denver, CO 80219".  SUBJECT PARCEL 2 was paid with $123.20 postage and postmarked on July 22, 2020 in Denver, CO 80222.

## ATTACHMENT A-3

<u>PARCEL TO BE SEARCHED</u>

     SUBJECT PARCEL 3 is United States Postal Service Priority Express Mail parcel bearing tracking number EJ 044 669 301 US. SUBJECT PARCEL 3 is a brown cardboard box, weighing 20 pounds and 4 ounces.  SUBJECT PARCEL 3 is addressed to "Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA 90804".  The return address listed on SUBJECT PARCEL 3 is "Alfredo Valdez, 1223 Kalamath St., Denver, CO 80204".  SUBJECT PARCEL 3 was paid with $136.30 postage and postmarked on July 24, 2020 in Aurora, CO 80012.

**ATTACHMENT A-4**

<u>PARCEL TO BE SEARCHED</u>

SUBJECT PARCEL 4 is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ 082 411 835 US, which is a brown cardboard box, weighing 29 pounds and 7 ounces. SUBJECT PARCEL 4 is addressed to "Francisco Valdez, 3023 S. Spaulding St., Long Beach, CA 90804".  The return address listed on SUBJECT PARCEL 4 is "Carlos Valdez, 1838 Polk St. NE, Minneapolis, MN 55418, 651-285-5135".  SUBJECT PARCEL 4 was paid with $195.55 postage and postmarked on July 24, 2020 in Saint Paul, MN 55117.

**ATTACHMENT B**

ITEMS TO BE SEIZED

     The following are the items to be seized from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

     a.    Any controlled substances, including marijuana;

     b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

     c.    Any associated packaging.

# EXHIBIT 1

My name is Travis Nelson (#618) and I am a Police Officer for the City of La Habra located in the County of Orange where I have been employed for 6 years. I am currently assigned to the Canine Bureau for the La Habra Police Department as a canine handler. My canine partner Police Service Dog (PSD) "Rita" has been assigned to me since March 31, 2017. Upon selecting PSD, "Rita" we successfully completed a 240-hour basic patrol course located at Adlerhorst International in the County of Riverside. While in patrol PSD "Rita" has successfully located subjects wanted for various felony crimes including assault with a deadly weapon, and proven a vital asset in maintaining officer safety.

In October/November of 2017, PSD "Rita" and I completed an 80 hour narcotics detection course taught by Corporal N. Baclit (La Habra PD) who is a POST certified narcotics instructor and a prior 7-year canine handler. At the completion of the narcotics course PSD "Rita" was certified by POST certified narcotics trainer Sergeant C. Anderson (Placentia PD) on 11/22/2017. PSD "Rita" was also re-certified in March of 2018, February of 2019, and June 17 of 2020. As of November of 2019, "Rita" was also narcotic certified through the California Narcotic Canine Association (CNCA).

While on patrol, PSD "Rita" has been called to various locations to conduct narcotics sniff of vehicles, buildings and packages. PSD "Rita" continues to be a vital asset to patrol in numerous neighboring agencies as well as in La Habra and has located methamphetamine, heroin, cocaine, and various illegal pills as well as paraphernalia. PSD "Rita" to date has located approximately 400 pounds of illegal narcotics and approximately 2 million dollars in U.S. Currency.

PSD "Rita" training continues on a daily and weekly basis as well as an annual recertification.

On 07/23/2020 at approx. 1300 hours, I responded to the Cypress Police Department located at 5275 Orange Ave, for a narcotic sniff of two parcels. I responded to the listed location where I conducted a sniff on the listed parcels: USPS Priority Mail parcel EJ 048226082 US, and parcel EJ 314152636 US. During the sniff, PSD "Rita" showed a positive alert to each parcel individually. Each package was set in a location where a search was conducted in a large exterior area, as trained. During each separate sniff, there was a positive alert to each package.

Travis Nelson #618
La Habra Police Canine Unit
150 N. Euclid St.
La Habra CA 90631
562-383-4300

# EXHIBIT 2

My name is Travis Nelson (#618) and I am a Police Officer for the City of La Habra located in the County of Orange where I have been employed for 6 years. I am currently assigned to the Canine Bureau for the La Habra Police Department as a canine handler. My canine partner Police Service Dog (PSD) "Rita" has been assigned to me since March 31, 2017. Upon selecting PSD, "Rita" we successfully completed a 240-hour basic patrol course located at Adlerhorst International in the County of Riverside. While in patrol PSD "Rita" has successfully located subjects wanted for various felony crimes including assault with a deadly weapon, and proven a vital asset in maintaining officer safety.

In October/November of 2017, PSD "Rita" and I completed an 80 hour narcotics detection course taught by Corporal N. Baclit (La Habra PD) who is a POST certified narcotics instructor and a prior 7-year canine handler. At the completion of the narcotics course PSD "Rita" was certified by POST certified narcotics trainer Sergeant C. Anderson (Placentia PD) on 11/22/2017. PSD "Rita" was also re-certified in March of 2018, February of 2019, and June 17 of 2020. As of November of 2019, "Rita" was also narcotic certified through the California Narcotic Canine Association (CNCA).

While on patrol, PSD "Rita" has been called to various locations to conduct narcotics sniff of vehicles, buildings and packages. PSD "Rita" continues to be a vital asset to patrol in numerous neighboring agencies as well as in La Habra and has located methamphetamine, heroin, cocaine, and various illegal pills as well as paraphernalia. PSD "Rita" to date has located approximately 400 pounds of illegal narcotics and approximately 2 million dollars in U.S. Currency.

PSD "Rita" training continues on a daily and weekly basis as well as an annual recertification.

On 07/27/2020 at approx. 1200 hours, I responded to the Cypress Police Department located at 5275 Orange Ave, for a narcotic sniff of two parcels. I responded to the listed location where I conducted a sniff on the listed parcels: USPS Priority Mail parcel EJ 044669301 US, and parcel EJ 082411835 US. During the sniff, PSD "Rita" showed a positive alert to each parcel individually. Each package was set in a location where a search was conducted in a large exterior area, as trained. During each separate sniff, there was a positive alert to each package.

Travis Nelson #618
La Habra Police Canine Unit
150 N. Euclid St.
La Habra CA 90631
562-383-4300

8/1/20
#618